Ohio-857; and briefing schedule stayed.

    PFEIFER and O'DONNELL, JJ., dissent.

**2007–2182.  State v. Goldsberry.**

Union App. No. 14–07–06, 2007-Ohio-5493.

    PFEIFER and LANZINGER, JJ., dissent.

**2007–2198.  Holbein v. Genesis Healthcare Sys.**

Muskingum App. No. CT2006–0048, 2007-Ohio-5550. Discretionary appeal accepted on Proposition of Law Nos. III and VI; cause held for the decision in 2007–1529, *Fletcher v. Univ. Hosps. of Cleveland,* Cuyahoga App. No. 88573, 172 Ohio App.3d 153, 2007-Ohio-2778; and briefing schedule stayed.

    PFEIFER, J., would also accept the appeal on all other Propositions of Law.

    O'CONNOR, O'DONNELL, and CUPP, JJ., dissent.

**2007–2202.  Schelling v. Humphrey.**

Williams App. No. WM–07–001, 2007-Ohio-5469.

    PFEIFER and CUPP, JJ., dissent.

**2007–2239.  In re J.F.**

Greene App. No. 06–CA–123, 2007-Ohio-5652.

    LUNDBERG STRATTON, LANZINGER, and CUPP, JJ., dissent.

**2007–2254.  In re Carson.**

Stark App. No. 2007CA00070, 2007-Ohio-5687.

    O'CONNOR and LANZINGER, JJ., dissent.

**2007–2269.  State Emp. Relations Bd. v. Queen City Lodge No. 69, Fraternal Order of Police.**

Hamilton App. No. C–060782, 2007-Ohio-5741.

    O'CONNOR and O'DONNELL, JJ., would accept the appeal on Proposition of Law No. II only.

**2007–2303.  State v. Taylor.**

Ashtabula App. No. 2007–A–0018, 2007-Ohio-5912. Discretionary appeal accepted; cause held for the decision in 2007–0052, *State v. Simpkins,* Cuyahoga App. No. 87692, 2006-Ohio-6028; and briefing schedule stayed.

**2007–2311.  State v. Skropits.**

Stark App. No. 2007 CA 00098, 2007-Ohio-5817.

    PFEIFER, O'DONNELL, and LANZINGER, JJ., dissent.

**2007–2358.  State v. Lipscomb.**

Hamilton App. Nos. C–060213 and C–060249, 2007-Ohio-2246. Discretionary appeal accepted on Proposition of Law No. I; cause held for the decision in 2007–0325, *State v. Davis,* Hamilton App. No. C–040665, 2006-Ohio-3171; and briefing schedule stayed.

    PFEIFER, O'CONNOR, and O'DONNELL, JJ., dissent.

**2008–0073.  In re Thomas.**

Crawford App. No. 3–07–20, 2007-Ohio-6970.

    PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., dissent.

# APPEALS NOT ACCEPTED FOR REVIEW

**2007–1554.  State v. Miller.**

Hamilton App. No. C–070492.

**2007–1799.  State v. Shelton.**

Cuyahoga App. No. 88477, 2007-Ohio-3900.

**2007–1830.  State v. Gapen.**

Montgomery App. No. 21822, 2007-Ohio-4333.